UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

# CIVIL MINUTES – GENERAL

Case No.   8:25-cv-01853-MRA-ADS                                Date: October 21, 2025

Title   Artis-Ray Cash, Jr. v. Experian Information Solutions, Inc.

---

Present: The Honorable:   **Mónica Ramírez Almadani, United States District Judge**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):   Order Dismissing Action Without Prejudice**

    On August 21, 2025, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP request").  (ECF Nos. 1, 3.)

    On September 4, 2025, the Court denied the IFP request after finding Plaintiff had the ability to pay the filing fee.  (ECF No. 8.)  The Court ordered Plaintiff, if he wished to proceed, to pay the $405 filing fee within 30 days.  (*Id.*)  The Court warned Plaintiff that the failure to pay the filing fee within 30 days would result in the dismissal of this action without prejudice.  (*Id.*)

    On September 11, 2025, the Court denied Plaintiff's motion for reconsideration of its ruling denying the IFP request.  (ECF Nos. 9-10.)

    As of this date, more than 30 days after the Court ordered Plaintiff to pay the filing fee on September 4, 2025, no payment has been received.

    Accordingly, this action is dismissed without prejudice.

    **It is so ordered.**

                                                                                                                    **Initials of Deputy Clerk**   :